# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IVAN HARVEY,

    Plaintiff,

v.                                          Case No.: 3:11cv437/MCR/CJK

PLOWMAN, et al.,

    Defendants.

_____/

## ORDER

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 7, 2012 (doc. 26), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's claims are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

    3.    The clerk is directed to close the file.

DONE AND ORDERED this 11th day of December, 2012.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**